IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARD B. ELLIS**,

**Plaintiff,**

**v.**

**M. Chastain, et al.,,**

**Defendants.**                                                      No. 08-0628-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On December 15, 2008, the Court appointed attorney Matthew Booker to represent Ellis in this matter (Doc. 8). On January 15, 2009, the Court received a letter and various motions from Ellis *pro se*. In the letter, *inter alia*, Ellis maintains that he has not been in contact with Mr. Booker despite his attempts to do so. Because Ellis is represented by court appointed counsel, the Court *insists* that Ellis file motions only through his attorney. ***See Johnson v. United States*, 196 F.3d 802, 805 (7th Cir. 1999)("A district court is entitled to insist that a represented party file papers only through counsel.")**. The Court **ORDERS** the Clerk of the Court to accept only pleadings that are filed by attorney, Mr. Booker, on behalf of Ellis, and to **STRIKE** the motions filed by Ellis. Further, the Court does not understand why Mr. Booker has not undertaken his obligation to counsel with Ellis.

**IT IS SO ORDERED.**

Signed this 16th day of January, 2009.

/s/      *David R Herndon*
**Chief Judge**
**United States District Court**