IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARD B. ELLIS**,

**Plaintiff,**

v.

**M. CHASTAIN, et al.,**,

**Defendants.** No. 08-0628-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is a motion to disqualify the appointment of Matthew R. Booker as attorney for Plaintiff, Edward B. Ellis (Doc. 18). Specifically, Booker moves to disqualify himself as counsel as he and his firm currently defends Wexford Health Sources, Inc. and its employees against inmate claims for deliberate indifference to serious needs in violation of their Eighth Amendment rights. Said motion is **DENIED**. The Court finds that disqualification is not warranted under the circumstances. First, Wexford Health Sources, Inc. is not a defendant in this case. Moreover, Mr. Booker is ethically obligated to represent the individual client in each separate cause of action and his experience makes him well suited to this case. Counsel is directed to fulfill his professional obligation to the plaintiff forthwith.

**IT IS SO ORDERED.**

Signed this 3rd day of February, 2009.

/s/     *David R Herndon*
**Chief Judge**
**United States District Court**